## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

     Plaintiff,                               Case No. 3:19-cr-171-2

vs.

CAHKE CORTNER, *et al.*,                  District Judge Michael J. Newman

     Defendants.

---

## ORDER: DENYING DEFENDANT CORTNER'S ORAL MOTION FOR BOND RECONSIDERATION

---

This criminal case came before the Court for a status conference on May 5, 2021. Donald Malarcik and Tamara Sack were present on behalf of Nathan Goddard. Dennis Lieberman was present on behalf of Cahke Cortner. Dominic Gerace, Erin Claypoole, and Christina Mahy were present on behalf of the government. Mr. Lieberman made an oral motion for bond reconsideration for his client, Cahke Cortner. The Court heard oral argument from Mr. Lieberman and took the matter under advisement.

The Court has considered counsel's arguments, reviewed the record, and reconsidered the previous Order denying Defendant's Motion for Bond. Doc. No. 78. For the reasons set forth in the previous Order, the Court hereby **DENIES** Defendant's oral motion for reconsideration of bond. The Court's previous Detention Order shall remain in effect.

**IT IS SO ORDERED.**

Date:  May 26, 2021                   s/Michael J. Newman
                                         Hon. Michael J. Newman
                                         United States District Judge