UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

NATHAN GODDARD, *et al.*,

    Defendants.

Case No. 3:19-cr-171

District Judge Michael J. Newman

---

**ORDER SETTING A POST-HEARING BRIEFING SCHEDULE ON DEFENDANT CAHKE CORTNER'S MOTION TO SUPPRESS (Doc. No. 126)**

---

    This criminal case came before the Court on July 7, 2022 for a suppression hearing as to Defendant Cahke Cortner's motion to suppress statements he made during his police interrogation. At the conclusion of the hearing, counsel for both sides requested a hearing transcript and asked the Court to set a post-hearing briefing schedule pursuant to the timeline the parties agreed to at the status conference held on June 8, 2022. Accordingly, the Court sets the following briefing schedule: (1) Defendant shall file a post-hearing brief within **21 days** following the filing of the hearing transcript; (2) the Government shall file a response brief within **21 days** following the filing of Defendant's brief; and (3) Defendant may file a reply brief within **7 days** following the filing of the Government's response. Thereafter, the Court will take the matter under submission and will endeavor to issue a decision promptly. The parties shall reach out to the Court Reporter, Mary A. Schweinhagen, to request an expedited transcript within 30 days. Ms. Schweinhagen can be reached at mary_schweinhagen@ohsd.uscourts.gov.

    **IT IS SO ORDERED.**

Date: <u>July 11, 2022</u>     <u>s/Michael J. Newman</u>
     Hon. Michael J. Newman
     United States District Judge